PAUL M. WARNER, United States Attorney (#3389)
MICHELE M. CHRISTIANSEN, Assistant United States Attorney (#7259)
JASON P. PERRY, Special Assistant United States Attorney (#8663)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6924

FILED
DISTRICT OF UTAH
BY:

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SHANE PETERSON,<br><br>        Defendant. | : <br>: <br>: <br>: <br>: <br>: <br>: | **2:01 CR 00135 B**<br><br>I N D I C T M E N T<br><br>VIOLATION of 18 U.S.C.<br>§ 2422(b)<br><br>COERCION AND ENTICEMENT FOR<br>ILLEGAL SEXUAL ACTIVITY |

The Grand Jury charges:

#### COUNT I

On or about the February 26th, 2001, in the Central Division of the District of Utah,

**SHANE PETERSON,**

the defendant herein, did knowingly and intentionally, by a means and a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the age of eighteen



years, to engage in sexual activity for which a person can be charged with a criminal offense, or attempted to so persuade, induce, entice and coerce; all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

_____
MICHELE M. CHRISTIANSEN
Assistant United States Attorney

JASON P. PERRY
Special Assistant United States Attorney