FILED
CLERK, U.S. DISTRICT COURT

19 OCT 01 PM 2:28

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

Jon D. Williams (8318)
RASMUSSEN & MINER
42 Exchange Place
Salt Lake City, Utah 84111
(801) 363-8500
(801) 363-5210 fax
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | ORDER RELEASING BOND |
| Plaintiff, | : | |
| vs. | : | |
| SHANE PETERSON, | : | Case No.: 2:01-CR-135-B |
| Defendant. | : | |

BASED UPON the Defendant's conviction in the above-entitled matter, IT IS HEREBY ORDERED that bail posted on behalf of the Defendant be exonerated immediately.

DATED this 19th day of October, 2001.

BY THE COURT:

_____
Dee V. Benson
Chief Judge, United States District Court

26

```
                                                            tsi
                   United States District Court
                             for the
                        District of Utah
                       October 22, 2001


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:01-cr-00135



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


      Michele M. Christiansen, Esq.
      US ATTORNEY'S OFFICE
      ,
      JFAX 9,5245985

      Jon D. Williams, Esq.
      RASMUSSEN MINER & ASSOCIATES
      42 EXCHANGE PLACE
      SALT LAKE CITY, UT  84111
      JFAX 9,3635210

      USMS
      DISTRICT OF UTAH
      ,
      JFAX 9,5244048

      US Probation
      DISTRICT OF UTAH
      ,
      JFAX 9,5261136
```